HON. LEROY McKINNON, Retired District Judge,
sitting for Justice Hunt, dissenting:
I respectfully dissent from the foregoing majority opinion. In my opinion Mr. Simonton ceased to be the Democratic party candidate following the primary election. Thereafter he sought to become an independent candidate.
It appears to me that the statute in question discriminates against anyone seeking to run for election as an independent candidate, and no compelling interest of the state to justify such discrimination is apparent.
ORDER
Relator, Marc Racicot, Attorney General, filed in this cause a petition for writ of supervisory control seeking review of the order of the District Court of the Seventh Judicial District, Dawson County, in its Cause DV 90-058, dated August 10, 1990, permitting the name *531 of Richard A. Simonton to be placed on the upcoming general election ballot as an independent candidate for Dawson County Attorney.
Upon receipt of the petition, this Court entered an order on August 23, 1990, requesting the respondents and all counsel of record in the said cause to prepare, file and serve written responses to the application for writ of supervisory control together with appropriate memoranda and exhibits. The Court in that order also reserved the question whether oral argument would be necessary.
Responses having been received and briefs of the parties and from amicus curiae, and the Court being advised in the premises,
IT IS HEREBY ORDERED:
1. The Court finds no need for oral argument in this cause.
2. The application for writ of supervisory control is GRANTED.
3. The District Court of the Seventh Judicial District, Dawson County, and the presiding judge, Honorable H. R. Obert, are each hereby ordered to take such steps as may be necessary to reverse its decision of August 10, 1990, to inform the proper election officials, and to remove from the general election ballot of November 1990 the name of Richard A. Simonton as an independent candidate for the office of county attorney.
4. A full opinion respecting this case will issue later.
5. The Clerk of this Court shall give immediate telephonic notice of this order to counsel of record, to the presiding judge of said district court, to the clerk and recorder of Dawson County, Montana, and shall mail copies hereof by ordinary mail forthwith to said persons.
DATED this 5th day of September, 1990.
S/ J.A. TURNAGE, Chief Justice
S/ DIANE G. BARZ, Justice
S/ JOHN C. SHEEHY, Justice
S/ JOHN CONWAY HARRISON, Justice
S/ FRED J. WEBER, JUSTICE
S/ JEFFREY SHERLOCK, DISTRICT JUDGE, sitting in place of JUSTICE McDONOUGH.
HON. LEROY L. McKINNON, Retired District Judge, sitting for JUSTICE HUNT, dissents to the foregoing order.